UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In the Matter of the Arbitration Between<br><br>JAMES HOWDEN & COMPANY LTD,<br><br>                Petitioner,<br><br>    v.<br><br>BOSSART LLC,<br><br>                Respondent. | NO. 15-CV-01977 JLR<br><br>MOTION FOR ORDER CONFIRMING FOREIGN ARBITRATION AWARD<br><br>Noted for consideration:<br>Friday, January 29, 2105 |

Comes now Petitioner James Howden & Company LTD ("Howden"), by and through its attorneys undersigned, and hereby moves for entry of an order granting its Petition to Confirm Foreign Arbitration Award ("Petition") and confirming the Foreign Arbitration Award issued by the International Court of Arbitration of the International Chamber of Commerce on July 6, 2015 (the "Award") referenced therein.

On December 16, 2015, Howden filed its Petition (ECF 1), which seeks confirmation of the Award pursuant to Section 207 of the Federal Arbitration Act (9 U.S.C. § 207) and legislation implementing the Convention on the Recognition and Enforcement of Foreign Arbitral Awards of June 10, 1958 (9 U.S.C. § 201 *et seq*). The Petition is supported by a Memorandum of Law (ECF 2) and the Declaration of Michael E. Ricketts

**MOTION FOR ORDER CONFIRMING**
**FOREIGN ARBITRATION AWARD - 1 of 3**
(Case No. 15-01977 JLR)
[4822-9780-9708]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE WA 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

with accompanying exhibits (ECF 3).  Respondent Bossart LLC was served with the Petition and supporting materials on December 19, 2015 (ECF 6 and 7).

As discussed in the supporting memorandum, confirmation of an arbitration award is a summary proceeding that converts a final arbitration award into a judgment of the Court.  Confirmation should be granted unless the award is vacated, modified or corrected.  Howden now brings the Petition before the Court for consideration via this motion pursuant to 9 U.S.C. § 6, which states that such an application "shall be made and heard in the manner provided by law for the making and hearing of motions . . ."

Wherefore, Petitioner James Howden & Company LTD respectfully requests that this Court grant its Petition to Confirm Foreign Arbitration Award and confirm the Award. A proposed form of order is attached.

Dated this 7th day of January, 2016.

>
> GORDON THOMAS HONEYWELL LLP
>
> By: _____
> Michael E. Ricketts, WSBA No. 9387
> mricketts@gth-law.com
> GORDON THOMAS HONEYWELL LLP
> 600 University St., Ste. 2100
> Seattle, WA  98104-4185
> Tel: (206) 676-7500
> *Attorneys for James Howden & Co. LTD*

**MOTION FOR ORDER CONFIRMING
FOREIGN ARBITRATION AWARD - 2 of 3**
(Case No.  15-01977 JLR)
[4822-9780-9708]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE WA  98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

# CERTIFICATE OF SERVICE

I, Sharon K. Hendricks, certify that on the date below, I caused to be served a true and correct copy of the foregoing **Motion for Order Confirming Foreign Arbitration Award**, on all parties in this action listed below, via U.S. Mail:

Bossart LLC
c/o Newell Bossart
3311 78th Pl. NE, Ste. 1200
Medina, WA  98039

Bossart LLC
c/o Russell Bossart
3311 78th Pl. NE, Ste. 1200
Medina, WA  98039

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED at Seattle, Washington, this 7th day of January, 2016.

*/s/ Sharon K. Hendricks*
Sharon K. Hendricks, Legal Assistant
GORDON THOMAS HONEYWELL LLP

MOTION FOR ORDER CONFIRMING
FOREIGN ARBITRATION AWARD - 3 of 3
(Case No. 15-01977 JLR)
[4822-9780-9708]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE WA  98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575